614

Nos. 144 and 145. LEWIS *v.* INGRAM. October 10, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. R. Emmett Stewart* and *J. Bernard Smith* for petitioner. *Mr. Charles A. Chandler* for respondent.

No. 146. ALTEMUS ET AL. *v.* TALMADGE, EXECUTOR. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Bion B. Libby, William W. Bride, J. Miller Kenyon,* and *Robert E. Lynch* for petitioners. *Messrs. Clarence E. Dawson* and *George D. Horning, Jr.,* for respondent.

No. 148. BABCOCK ET AL. *v.* CHICAGO RAILWAYS CO. ET AL.;

No. 149. TYLER ET AL. *v.* SAME; and

No. 150. RILEY ET AL. *v.* SAME. October 10, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Herbert Pope* and *Frank E. Harkness* for Babcock and Tyler et al. *Mr. Amos C. Miller* for Riley et al. *Messrs. Horace Kent Tenney, Henry F. Tenney, David O. Dunbar, Edwin H. Cassels, Harold Smith,* and *Sidney C. Murray* for respondents.

No. 151. ROSSLYN STEEL & CEMENT CO. ET AL. *v.* ETCHISON ET AL. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Dale D. Drain, H. Winship Wheatley,* and *Norman Fischer* for petitioners. *Mr. Frederic D. McKenney* for respondents.